2013–0210.   State v. Kasler.
Fairfield App. No. 11–CA–59, 2012-Ohio-6073.

2013–0214.   State v. Driggins.
Cuyahoga App. No. 98073, 2012-Ohio-5287.

2013–0215.   State v. Blashaw.
Cuyahoga App. No. 98719, 2012-Ohio-6011.

2013–0218.   Nageotte v. Boston Mills Brandywine Ski Resort.
Summit App. No. 26563, 2012-Ohio-6102.
   O'DONNELL, J., dissents.

2013–0243.   State v. Hutzler.
Summit App. No. 26484, 2012-Ohio-6107.

2013–0252.   State v. Rice.
Lucas App. No. L–12–1127, 2012-Ohio-6250.

2013–0267.   State v. Fountain.
Franklin App. No. 12AP–843.

2013–0272.   State v. Manis.
Butler App. No. CA2011–03–059, 2012-Ohio-3753.

2013–0299.   State v. Gilcreast.
Summit App. No. 26311, 2013-Ohio-249.
   O'CONNOR, C.J., not participating.

2013–0305.   State v. Guy.
Sandusky App. No. S–11–034, 2013-Ohio-7.

2013–0319.   State v. Stringer.
Hamilton App. No. C–110075.
   O'NEILL, J., dissents.

# RECONSIDERATION OF PRIOR DECISIONS

2010–1282.   State v. Stojetz.
Madison App. No. CA2009–06–013, 2010-Ohio-2544. Reported at 134 Ohio St.3d 1417, 2013-Ohio-158, 981 N.E.2d 884. On motion for reconsideration. Motion denied.

2012–0203.   State ex rel. Lanham v. DeWine.
In Mandamus. Reported at 135 Ohio St.3d 191, 2013-Ohio-199, 985 N.E.2d 467. On motion for reconsideration. Motion denied.
   LISA LEANNE SADLER, J., of the Tenth Appellate District, sitting for O'DONNELL, J.

2012–1618.   State v. Simes.
Montgomery App. No. 24645, 2012-Ohio-3592. Reported at 134 Ohio St.3d 1449, 2013-Ohio-347, 982 N.E.2d 727. On motion for reconsideration. Motion denied.

2012–1733.   Yates v. Barilla.
Lorain App. No. 11CA010055, 2012-Ohio-3876. Reported at 134 Ohio St.3d 1449, 2013-Ohio-347, 982 N.E.2d 728. On motion for reconsideration. Motion denied.

2012–1805.   In re J.M.
Wyandot App. No. 16–12–01, 2012-Ohio-4109. Reported at 134 Ohio St.3d 1451, 2013-Ohio-347, 982 N.E.2d 729. On motion for reconsideration. Motion denied.
   O'CONNOR, C.J., and O'NEILL, J., dissent.

2012–1810.   State v. Burns.
Lucas App. Nos. L–11–1192 and L–11–1198, 2012-Ohio-4191. Reported at 134 Ohio St.3d 1467, 2013-